UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-302-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| TREVOR CARLOS HYLTON, | ) | |
| Defendant. | ) | |

The defendant's *pro se* Motion for Withdrawal of Guilty Plea [DE-53] is DENIED for the reasons cogently set forth in the Government's Response in opposition thereto [DE-54]. Sentencing remains scheduled for the court's December 3, 2012, term in Wilmington, North Carolina.

SO ORDERED.

This, the  20th  day of September, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge